1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
        Federal Building Suite 7516
5        300 North Los Angeles Street
        Los Angeles, California
6        Tel. 213 894-6117
        FAX:  213 894-7819
7        Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  LUCY WILLIAMS,                    )  EDCV 08-1245 RC
                                      )
14          Plaintiff,                )  **JUDGMENT OF REMAND**
                                      )
15          v.                        )
                                      )
16  MICHAEL J. ASTRUE, Commissioner   )
    of Social Security,               )
17                                    )
            Defendant.                )
18  _____     )

19          Judgment is hereby entered for Plaintiff, pursuant to sentence four, 42 USC

20  405 (g).

21

22  DATED: January 28, 2009

23

24                              /S/ Rosalyn M. Chapman
                                ROSALYN M. CHAPMAN
25                              UNITED STATES MAGISTRATE JUDGE

26

27

28

-1-